**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 16 EM 2017
                                  :
            Respondent     :
                                  :
                                  :
             v.                :
                                  :
                                  :
DANIEL MCINTYRE,            :
                                  :
            Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2017, the Petition Pursuant to Pa.R.J.A. 1701 for Allowance of a Subpoena Directed to a Sitting Common Pleas Judge is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.